

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA ANN ROWAN | * |
| Plaintiff | * |
| | CIVIL ACTION NO. JFM-00-CV-0124 |
| v. | * |
| WORCESTER COUNTY BOARD OF EDUCATION, et al., | * |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

WHEREAS, upon consideration of plaintiff, Patricia Ann Rowan's Motion to Enlarge Time to Respond to Plaintiff's Motion to Dismiss, or Summary Judgment, and good cause having been shown,

IT IS ORDERED, this _10th_ day of _March_, 2000, that the Motion is hereby GRANTED and that plaintiff's response shall be due no later than 30 days after the Equal Employment Opportunity Commission Right to Sue letter has been issued.

_____
The Honorable J. Frederick Motz
U.S. District Court Judge for the
District of Maryland