FILED _____ ENTERED
_____ LODGED _____
APR 1 3 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN ROWAN | * | |
| Plaintiff | * | |
| | | CIVIL ACTION NO. JFM-00-CV-0124 |
| v. | * | |
| WORCESTER COUNTY BOARD OF EDUCATION, et al., | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS, OR FOR SUMMARY JUDGMENT**

Plaintiff Patricia Ann Rowan, by her attorney, Paul V. Bennett, hereby respectfully moves the Court, pursuant to Fed. R. Civ. Pro. Rule 7 (b)(1), to grant her motion to enlarge time, and for cause, states as follows:

1. The Parties in this action are currently engaged in settlement negotiations and need additional time to explore settlement possibilities.

2. Plaintiff has defendants' consent to a 30 (thirty) day extension to file a response to their pending motion to dismiss or for summary judgment.

WHEREFORE, for the foregoing reasons, plaintiff, Patricia Ann Rowan, respectfully requests an order granting her consent motion to enlarge time to respond to defendants' motion to dismiss, or for summary judgment.

Respectfully submitted,

Paul V. Bennett
Attorney-At-Law
133 Defense Highway
Suite 209
Annapolis, MD 21401
410-974-6003

*Paul V. Bennett* (signature)
Paul V. Bennett, #10324
133 Defense Highway
Suite 209
Annapolis, Maryland 21401
410-974-6003

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2000, the foregoing Consent Motion to Enlarge Time to Respond to Plaintiff's Motion to Dismiss or Summary Judgment, and Order were served by way of first class mail, postage prepaid, on the following counsel of record:

Leslie Robert Stellman, Esquire
Blum, Yumkas, Mailman, Gutman and Denick, P.A.
1200 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
Counsel for the Defendants

*Paul V. Bennett* (signature)
Paul V. Bennett, #10324
133 Defense Highway
Suite 209
Annapolis, Maryland 21401
410-974-6003

Attorney for the Plaintiff

Paul V. Bennett
Attorney-At-Law
133 Defense Highway
Suite 209
Annapolis, MD 21401
410-974-6003