MAY 15 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN ROWAN | * | |
| Plaintiff | * | |
| | * | CIVIL ACTION NO. JFM-00-CV-0124 |
| v. | * | |
| WORCESTER COUNTY | * | |
| BOARD OF EDUCATION, et al., | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

WHEREAS, upon consideration of plaintiff, Patricia Ann Rowan's Consent Motion to Enlarge Time to Respond to Plaintiff's Motion to Dismiss, or Summary Judgment, and good cause having been shown,

IT IS ORDERED, this _____ day of _____, 2000, that the Motion is hereby GRANTED and that plaintiff's response shall be due no later than May 30, 2000.

The Honorable J. Frederick Motz
U.S. District Court Judge for the
District of Maryland