FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 30 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN ROWAN | * | |
| Plaintiff | * | |
| | * | CIVIL ACTION NO. JFM-00-CV-0124 |
| v. | * | |
| WORCESTER COUNTY BOARD OF EDUCATION, et al., | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

WHEREAS, upon consideration of plaintiff, Patricia Ann Rowan's Consent Motion to Enlarge Time to Respond to Plaintiff's Motion to Dismiss, or Summary Judgment, and good cause having been shown,

IT IS ORDERED, this _30th_ day of _May_, 2000, that the Motion is hereby GRANTED and that plaintiff's response shall be due no later than June 14, 2000.

_____
The Honorable J. Frederick Motz
U.S. District Court Judge for the
District of Maryland