FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 23 P 4:10

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

PATRICIA ANN ROWAN                *

    Plaintiff                               *

                                                                      CIVIL ACTION NO. JFM-00-CV-0124
                                      *

v.                                              *

WORCESTER COUNTY
BOARD OF EDUCATION, et al.        *

    Defendants                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

WHEREAS, upon consideration of plaintiff's Motion to Reopen Case in the above captioned action, and good cause having been shown,

IT IS ORDERED, this __23rd__ day of __August__, 2000, that the case is REOPENED.

                                                  The Honorable J. Frederick Motz
                                                  U.S. District Court Judge for the
                                                  District of Maryland

cc: Counsel of Record