IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA ROWAN | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil No.: JFM-00-124 |
| | * | |
| WORCESTER COUNTY BOARD OF EDUCATION, ET AL. | * | |
| Defendant(s) | ****** | |

## AMENDED SETTLEMENT ORDER
## (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: January 12, 2001

J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)

# Paul V. Bennett
Attorney-At-Law
133 Defense Highway, Suite 209
Annapolis, Maryland 21401

Admitted
Maryland
District of Columbia
Virginia
California

(410) 974-6003
(301) 261-8161
Fax: (410) 224-4590
Email: bennlaw@aol.com

## FAX COVER SHEET

DATE: Jan. 11, 2001　　　　FAX NO.: 410-962-2698

TO: Hon. J. Frederick Motz

FROM: Law Office of Paul V. Bennett

RE: Rowan v. Worcester Co. Bd. of Ed.; Case # JFM-00-124

MESSAGE: _____

TOTAL NUMBER OF PAGES (including cover sheet) 2
ORIGINAL WILL NOT FOLLOW: ____
ORIGINAL WILL FOLLOW VIA: _X_ Regular Mail　　___Other _____

If there are any problems with this transmittal, please call (410) 974-6003

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# Paul V. Bennett
Attorney-At-Law
133 Defense Highway, Suite 209
Annapolis, Maryland 21401

Admitted
Maryland
District of Columbia
Virginia
California

(410) 974-6003
(301) 261-8161
Fax: (410) 224-4590
Email: bennlaw@aol.com

January 11, 2001

VIA FAX@410-962-2698
AND REGULAR U.S. MAIL

Hon. J. Frederick Motz
Chief Judge
U.S. District Court for the
 District of Maryland
Garmatz Federal Courthouse, Rm. 510
101 W. Lombard St.
Baltimore, MD 21201

Re:   Rowan v. Worcester County Board of Education, et al.
      Case No: JFM-00-124

Dear Judge Motz:

We have been unable to finalize the settlement agreement reached during the recent mediation in the above referenced case, as a result of terminology in the final release that was not included in the agreement reached at the mediation. We are working with defendants' attorney to resolve these issues.

Since the deadline for my client, Mrs. Rowan, to request the case be reopened is January 12, 2001, I am requesting that you grant a thirty day extension of that deadline. We hope to resolve the few remaining issues within the next thirty days.

Thank you for your consideration of this matter. Please do not hesitate to call if you have any questions.

Very truly yours,

Paul V. Bennett

cc: Leslie R. Stellman, Esq.